IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 12-cv-00829-CMA-CBS

JASON CISNEROS,

    Plaintiff,

v.

OFFICER WAZHARA, Mountain View Police,
OFFICER JANE DOE, and
CITY OF MOUNTAIN VIEW,
CITY OF LAKESIDE, and
JEFFERSON COUNTY, Jointly and Severally

    Defendants.

---

**ORDER ADOPTING AND AFFIRMING DECEMBER 10, 2012 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

---

This matter is before the Court on the December 10, 2012 Recommendation by United States Magistrate Judge Craig B. Shaffer that this civil action be dismissed without prejudice because of Plaintiff Jason Cisneros' failure to appear at the Status Conference held on December 10, 2012, failure to comply with the Local Rules of Practice of the United States District Court for the District of Colorado, the Federal Rules of Civil Procedure, and court orders, failure to serve Defendants, and failure to prosecute this action. (Doc. # 20.)  The Recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (Doc. # 20 at 6-7.)  Despite this advisement, no objections to Magistrate Judge Shaffer's Recommendation have been filed by either party.  "In the absence of timely objection, the district court may review a magistrate [judge's] report under any standard it deems appropriate."  *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.")).

The Court has reviewed the history of this case as well as the Recommendation. Based on this review, the Court concludes that Magistrate Judge Shaffer's analyses and recommendations are correct and that "there is no clear error on the face of the record." Fed. R. Civ. P. 72 advisory committee's note.  Therefore, the Court ADOPTS the Recommendation of Magistrate Judge Shaffer as the findings and conclusions of this Court.

Accordingly, it is ORDERED that the Recommendation of the United States Magistrate Judge (Doc. # 20) is AFFIRMED and ADOPTED.

It is FURTHER ORDERED that this civil action be DISMISSED WITHOUT PREJUDICE because of Plaintiff's failure to appear at the Status Conference held on December 10, 2012, failure to comply with the Local Rules of Practice of the United

States District Court for the District of Colorado, the Federal Rules of Civil Procedure, and court orders, failure to serve Defendants, and failure to prosecute this action.

DATED:  January   08  , 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge